Kevin R. Harper, State Bar No. 019118
Brian A. Stines, State Bar No. 026116
**HARPER LAW PLC**
2200 E. Williams Field Road, Suite 200
Gilbert, Arizona 85295
602.256.6400
krh@harperlawarizona.com
bas@harperlawarizona.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Laura O'Donnell, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Gordon Biersch Brewery Restaurant Group, Inc., an foreign limited liability company,<br><br>    Defendant. | No. CV-11-02267-PHX-SRB<br><br>**VOLUNTARY NOTICE OF DISMISSAL** |

    Plaintiff Laura O'Donnell, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. Rule 41(a), hereby voluntarily dismisses the claims asserted against Defendant Gordon Biersch Brewery Restaurant Group, Inc., with prejudice, each party to bear their own costs and attorneys' fees.

    DATED this 21th day of December, 2011.

                                  HARPER LAW PLC


                                  By /s/Kevin R. Harper
                                     Kevin R. Harper
                                     Brian A. Stines
                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2011, I electronically transmitted the Voluntary Notice of Dismissal using the CM/ECF System for filing.

*/s/ Barbara Harper*